United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Maria Victoria Diri<br>    Debtor | Case No. 21-00329-HWV<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: ntasset | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Victoria Diri, 111 High Mountain Lane, Tannersville, PA 18372-7858 |
| 5391371 | + | Andrews Federal CU, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 5391376 | | US Department of Education, 3130 Fairview Park Drive, Suite 800, Chesapeake, VA 23323 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5391370 | + | EDI: AMEREXPR.COM | Apr 16 2021 22:48:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5391372 | + | EDI: CAPITALONE.COM | Apr 16 2021 22:48:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5391373 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2021 18:59:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 5391374 | | EDI: DISCOVER.COM | Apr 16 2021 22:48:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 5391375 | + | Email/Text: bknotice@ercbpo.com | Apr 16 2021 18:59:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 18, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Paul S Peters, III | on behalf of Debtor 1 Maria Victoria Diri ppeters@thepetersfirm.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maria Victoria Diri,

**Debtor 1**

Chapter 7

Case No. 5:21−bk−00329−HWV

Social Security No.:
xxx−xx−0582

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **July 17, 2021**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PamelaRadginski, Deputy Clerk

Date: April 16, 2021

ntasset(B204)(05/18)