UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: DIRI, MARIA VICTORIA　　　　　　　　　　Case No. 5:21-00329-RNO
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
_____,
　　　　　　Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 19, 2021. The undersigned trustee was appointed on February 19, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　　$　　　　62,000.00

　　Funds were disbursed in the following amounts:
　　Payments made under an
　　　interim distribution　　　　　　　　　　　　　　　0.00
　　Administrative expenses　　　　　　　　　　　　　0.00
　　Bank service fees　　　　　　　　　　　　　　　314.12
　　Other payments to creditors　　　　　　　　　　　0.00
　　Non-estate funds paid to 3rd Parties　　　　　　　0.00
　　Exemptions paid to the debtor　　　　　　　　　　0.00
　　Other payments to the debtor　　　　　　　　　　0.00

　　Leaving a balance on hand of[1]　　$　　　　61,685.88

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/17/2021 and the deadline for filing governmental claims was 08/18/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,350.00, for a total compensation of $6,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/09/2021    By: /s/JOHN J. MARTIN, TRUSTEE
                    Trustee, Bar No.: 580440

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:21-00329-RNO  **Trustee:** (580440) JOHN J. MARTIN, TRUSTEE
**Case Name:** DIRI, MARIA VICTORIA  **Filed (f) or Converted (c):** 02/19/21 (f)
  **§341(a) Meeting Date:** 04/07/21
**Period Ending:** 09/09/21  **Claims Bar Date:** 07/17/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  111 High Mountain Lane, Tannersville, PA 18372-0 Imported from original petition Doc# 1 (See Footnote) | 270,000.00 | 24,850.00 | | 62,000.00 | FA |
| 2  Used Household Furniture, Furnishings, and Decor Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3  Used Household Electronics (TV, Computer, Cell P Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4  Used Women's Clothing Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5  Used Women's Jewelry Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Checking: Checking Account with Bank of America Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$275,500.00** | **$24,850.00** | | **$62,000.00** | **$0.00** |

RE PROP# 1    DEBTOR'S NON-EXEMPT EQUITY IN RESIDENCE.

**Major Activities Affecting Case Closing:**

 CASE REVIEW 6/10/21
 CASE REVIEW 7/10/21
 CASE REVIEW 8/10/21
 TFR UNDER REVIEW WITH UST

**Initial Projected Date Of Final Report (TFR):**   September 9, 2021   **Current Projected Date Of Final Report (TFR):**   September 9, 2021  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 5:21-00329-RNO | **Trustee:** JOHN J. MARTIN, TRUSTEE (580440) |
| **Case Name:** DIRI, MARIA VICTORIA | **Bank Name:** People's United Bank |
| | **Account:** ******1699 - Checking Account |
| **Taxpayer ID #:** **-***0733 | **Blanket Bond:** $8,132,694.00 (per case limit) |
| **Period Ending:** 09/09/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/27/21 | {1} | MARIA VICTORIA DIRI | DEPOSIT ON PURCHASE OF BANKRUPTCY ESTATE'S INTEREST IN REAL PROPERTY | 1110-000 | 62,000.00 | | 62,000.00 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 109.30 | 61,890.70 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 99.19 | 61,791.51 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 105.63 | 61,685.88 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 62,000.00 | 314.12 | $61,685.88 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 62,000.00 | 314.12 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $62,000.00 | $314.12 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1699** | 62,000.00 | 314.12 | 61,685.88 |
| | $62,000.00 | $314.12 | $61,685.88 |

# Exhibit C Claims Register

## Case: 5:21-00329-RNO    DIRI, MARIA VICTORIA

Claims Bar Date: 07/17/21

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | DIRECTV, LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM, IL 60197-5072<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/20/21 | OK UNSECURED | $411.07<br>$411.07 | $0.00 | $411.07 |
| 2 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br><br>VALHALLA, NY 10595<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/21 | OK UNSECURED | $1,978.63<br>$1,978.63 | $0.00 | $1,978.63 |
| 3 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/21 | OK UNSECURED | $7,898.97<br>$7,898.97 | $0.00 | $7,898.97 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/30/21 | OK UNSECURED | $956.44<br>$956.44 | $0.00 | $956.44 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/08/21 | OK UNSECURED | $10,897.12<br>$10,897.12 | $0.00 | $10,897.12 |
| 6 | ANDREWS FEDERAL CU<br>5711 ALLENTOWN ROAD<br><br>SUITLAND, MD 20746<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>02/19/21 | CLAIM SECURED BY DEBTOR'S RESIDENCE AND NOT A LIEN ON ANY OF THE FUNDS TO BE DISTRIBUTED BY TRUSTEE. | $216,566.82<br>$0.00 | $0.00 | $0.00 |
| 7 | U S DEPT OF EDUCATION<br>3130 FAIRVIEW PARK DR.<br>STE 800<br>CHESAPEAKE, VA 23323<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/09/21 | OK UNSECURED / FILED BY TRUSTEE / CONSIDERED TARDILY FILED. | $34,784.00<br>$34,784.00 | $0.00 | $34,784.00 |

# Exhibit C Claims Register

### Case:  5:21-00329-RNO    DIRI, MARIA VICTORIA

Claims Bar Date:    07/17/21

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN | JOHN J. MARTIN, ESQ. <br> 1022 COURT STREET <br> HONESDALE, PA 18431 <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7 <br> 02/19/21 | | $4,500.00 <br> $4,500.00 | $0.00 | $4,500.00 |
| ADMIN | JOHN J. MARTIN, ESQ. <br> 1022 COURT STREET <br> HONESDALE, PA 18431 <br> <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7 <br> 02/19/21 | | $13.16 <br> $13.16 | $0.00 | $13.16 |
| ADMIN | JOHN J. MARTIN, TRUSTEE <br> 1022 COURT STREET <br> HONESDALE, PA 18431 <br> <2100-00   Trustee Compensation>,  200 | Admin Ch. 7 <br> 02/19/21 | | $6,350.00 <br> $6,350.00 | $0.00 | $6,350.00 |
| | | | **Case Total:** | | **$0.00** | **$67,789.39** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:21-00329-RNO
Case Name: DIRI, MARIA VICTORIA
Trustee Name: JOHN J. MARTIN, TRUSTEE

**Balance on hand:** $ 61,685.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | ANDREWS FEDERAL CU | 216,566.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 61,685.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN J. MARTIN, TRUSTEE | 6,350.00 | 0.00 | 6,350.00 |
| Attorney for Trustee, Fees - JOHN J. MARTIN, ESQ. | 4,500.00 | 0.00 | 4,500.00 |
| Attorney for Trustee, Expenses - JOHN J. MARTIN, ESQ. | 13.16 | 0.00 | 13.16 |

Total to be paid for chapter 7 administration expenses: $ 10,863.16
Remaining balance: $ 50,822.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 50,822.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 50,822.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,142.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DIRECTV, LLC | 411.07 | 0.00 | 411.07 |
| 2 | CAVALRY SPV I, LLC | 1,978.63 | 0.00 | 1,978.63 |
| 3 | DISCOVER BANK | 7,898.97 | 0.00 | 7,898.97 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 956.44 | 0.00 | 956.44 |
| 5 | AMERICAN EXPRESS NATIONAL BANK | 10,897.12 | 0.00 | 10,897.12 |

|  | Total to be paid for timely general unsecured claims: | $ | 22,142.23 |
|---|---|---|---|
|  | Remaining balance: | $ | 28,680.49 |

Tardily filed claims of general (unsecured) creditors totaling $ 34,784.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 82.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | U S DEPT OF EDUCATION | 34,784.00 | 0.00 | 28,680.49 |

|  | Total to be paid for tardy general unsecured claims: | $ | 28,680.49 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**