| | | | |
|---|---|---|---|
| John J. Martin, Esquire* <br><br> Kimberly D. Martin, Esquire <br><br> * Also Member MD Bar | **LAW OFFICES OF JOHN J. MARTIN** <br> 1022 Court Street <br> Honesdale, PA 18431 <br> (570) 253-6899 <br> Fax No. (570) 253-6988 <br> email address: jmartin@martin-law.net | Stroudsburg Office: <br> 530 Main St. <br> Stroudsburg, PA 18360 <br> (570) 426-1426 | |

September 7, 2022

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

FILED
Wilkes Barre, PA

SEP 1 3 2022

Clerk,
US Bankruptcy Court

RE: **Maria Diri**
     <u>**Ch 7 Bankruptcy Case No. 5-21-00329**</u>

Dear Clerk:

    Enclosed please find check #10108 in the amount of $28,381.48 which represents the unclaimed funds for the following claims in the above referenced bankruptcy case:

| <u>Claim No.</u> | <u>Creditor</u> | <u>Address</u> | <u>Dividend</u> |
|---|---|---|---|
| 6 | US Dept of Education | 3130 Fairview Park Dr. <br> Ste. 800 <br> Chesapeake, VA 23323 | $28,381.48 |

    Should you have any questions regarding the enclosed, please do not hesitate to contact me. I am…

                                      Very Truly Yours,

                                      John J. Martin, CH 7 Trustee

JJM/kdm
Enc