# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Maria Victoria Diri, | : | Case No. 5:21-bk-00329-MJC |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

Upon consideration of the Application for Unclaimed Funds filed by Debtor, Dkt. # 67 ("Application"), after a hearing held on February 22, 2024, and it appearing that Debtor is not entitled to these funds, in accordance with 28 U.S.C. §§2041-42, it is

**ORDERED** that the Application filed on January 22, 2024 is **DENIED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 23, 2024