# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor*. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as attorney for the Debtor. Thank you.

Date: May 3, 2024

        CIBIK LAW, P.C.
        *Attorney for Debtor*

        By: /s/ Mike Assad
        Mike Assad (#330937)
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        help@cibiklaw.com