# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
### Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri, | Chapter 7 |
| *Debtor.* | Case No. 5:21-bk-00329-MJC |

### Disclosure of Compensation of Attorney for Debtor

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the Debtor and that compensation paid to me within one year before the filing of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

1. Prior to filing this statement, I have received $0.00.

2. The amount due to me currently is $0.00.

3. I have agreed to accept fees contingent upon recovery of funds payable to the Debtor.

4. I have not agreed to share any compensation with any other person unless they are members or associates of my law firm.

5. In exchange for the disclosed compensation, I have agreed to render the following services in this case:

   a. Filing a Motion to Reopen Case.

   b. Objecting to Claim No. 7 of the U.S. Department of Education.

   c. Any other action necessary to cause the unclaimed funds in the Court registry to be paid to the Debtor or the Department of Education.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Date: May 3, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By:_____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com