UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Wilkes-Barre Division

Maria Victoria Diri,

*Debtor.*

Chapter 7
Case No. 5:21-bk-00329-MJC

## Amended List of Creditors

To the Clerk of Court:

Please add the following parties to the list of creditors:

Miguel Cardona
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Gerard M. Karam
U.S. Attorney's Office (DOE)
235 N. Washington Avenue, Suite 311
Scranton, PA 18503

Merrick B. Garland
U.S. Department of Justice (DOE)
950 Pennsylvania Avenue, NW
Washington, DC 20530

Date: May 3, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com