UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor*. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

**Order Granting Motion to Reopen Case**

And now, after consideration of the Motion to Reopen Case filed by Debtor Maria Victoria Diri, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REOPENED**.