# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Wilkes-Barre Division

| Maria Victoria Diri, | Chapter 7 |
| *Debtor.* | Case No. 5:21-bk-00329-MJC |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reopen Case

Dated: May 3, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andrews Federal CU
5711 Allentown Road
Suitland, MD 20746-4547

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

Enhanced Recovery Company
P.O. Box 57547
Jacksonville, FL 32241-7547

US Department of Education
3130 Fairview Park Drive
Suite 800
Chesapeake, VA 23323

Miguel Cardona
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Gerard M. Karam
U.S. Attorney's Office (DOE)
235 N. Washington Avenue, Suite 311
Scranton, PA 18503

Merrick B. Garland
U.S. Department of Justice (DOE)
950 Pennsylvania Avenue, NW
Washington, DC 20530