# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>　　　　　　　　　Debtor. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

## ORDER GRANTING MOTION TO REOPEN CASE

Upon consideration of the Motion to Reopen Case filed by Debtor Maria Victoria Diri, Dkt. # 78 ("Motion"), with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. This case is **REOPENED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 14, 2024