# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
## Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor*. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

**Order Sustaining Debtor's Objection to Claim No. 7 of Claimant U.S. Department of Education**

After consideration of the Debtor's Objection to Claim No. 7 of Claimant U.S. Department of Education, Dkt. # 81 ("Objection"), with proper notice and there being no timely responses filed thereto, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Claim No. 7 is **DISALLOWED**.