LOCAL BANKRUPTCY FORM 3007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Maria Victoria Diri,<br><br>**Debtor(s)**<br><br><br>Maria Victoria Diri,<br><br>**Objector**<br><br>vs.<br><br>U.S. Department of Education,<br><br>**Claimant** | CHAPTER　　　　　7<br>CASE NO.　　　　5:21-bk-00329-MJC<br>ADV. NO.<br>NATURE OF　　　Claim Objection<br>PROCEEDING:<br><br>DOCUMENT No.　　81 |

**TO:** U.S. Department of Education **("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

　　Debtor Maria Victoria Diri **filed an objection to the proof of claim you filed in this bankruptcy case.**

　　**NOTICE:　Your claim may be reduced, modified, or eliminated.　You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

　　If you do not want the court to enter an order affecting your claim, then on or before June 24, 2024, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

　　Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

　　　　　　　　　　　(Select the appropriate address)

☒　274 Max Rosenn U.S. Courthouse　　☐　Sylvia H. Rambo U.S. Courthouse
　　197 South Main Street　　　　　　　　　1501 N. 6th Street, 3rd floor
　　Wilkes-Barre, PA 18701　　　　　　　　Harrisburg, PA 17102

1

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.
You must also send a copy of your request for hearing or response to:

Michael I. Assad
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(Movant's attorney's name and address)

_____
_____
_____
(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Michael I. Assad
Attorney for Objector
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(Address)
215-735-1060
(Phone)
215-735-6769
(Facsimile)
help@cibiklaw.com
(Email)
330937
(Attorney ID No.)

Date of Notice: May 24, 2024

2