# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor*. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Debtor's Objection to Claim No. 7 of Claimant U.S. Department of Education
- Notice of Objection to Claim and Deadline to Request Hearing Date

Dated: May 24, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

# Mailing List Exhibit

US Department of Education
3130 Fairview Park Drive
Suite 800
Chesapeake, VA 23323

Miguel Cardona
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Gerard M. Karam
U.S. Attorney's Office (DOE)
235 N. Washington Avenue, Suite 311
Scranton, PA 18503

Merrick B. Garland
U.S. Department of Justice (DOE)
950 Pennsylvania Avenue, NW
Washington, DC 20530