# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Maria Victoria Diri<br><br>**Debtor 1** | Chapter: 7<br><br>Case number: 5:21−bk−00329−MJC<br><br>Document Number: 81<br><br>Matter: Objection to Claim No. 7 |

### Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 19, 2021.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street,<br>Wilkes−Barre, PA 18701** | Date: 7/25/24<br><br>Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 28, 2024 |

nthrgreq(02/19)