# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **Maria Victoria Diri,** | : | Case No. 5:21-bk-00329-MJC |
| | : | |
| **Debtor.** | : | |

## ORDER DIRECTING UNITED STATES DEPARTMENT OF EDUCATION AND/OR COUNSEL FROM THE OFFICE OF THE U.S. ATTORNEY TO APPEAR AND SHOW CAUSE AS TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED ON ITS BEHALF

The Debtor filed an Objection to Claim No. 7 of Claimant U.S. Department of Education on May 24, 2024, Dkt. # 81 ("Objection"), having certified that service was effected on the Claimant, the U.S. Attorney General in Washington, D.C. and the local U.S. Attorney in Scranton, Pennsylvania;

**AND**, the Clerk issued a Notice of Hearing scheduling a hearing for July 25, 2024 at 10:00 a.m. relative to the Objection, serving the Claimant, the U.S. Attorney General in Washington, D.C. and the local U.S. Attorney in Scranton, Pennsylvania;

**AND**, there being no appearances on behalf of Claimant or the Office of the U.S. Attorney in response to the Notice of Hearing; it is hereby

**ORDERED,** that a representative of the Claimant and/or counsel from the Office of the U.S. Attorney shall **APPEAR** at a hearing scheduled for **Thursday, September 19, 2024 at 10:00 a.m.** to show cause as to whether or not there is a debt owed by the Debtor Maria Victoria Diri to the Department of Education; and

It is further **ORDERED that failure to appear for the hearing may result in a ruling sustaining Debtor's Objection without further notice or hearing.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 26, 2024