| In re: | Case No. 21-00329-MJC |
|---|---|
| Maria Victoria Diri | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5615050 | + | Gerard M. Karam, U.S. Attorney's Office (DOE), 235 N. Washington Avenue, Suite 311, Scranton, PA 18503-1533 |
| 5615049 | + | Miguel Cardona, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, D.C. 20202-0008 |
| 5429366 | | U S Dept of Education, 3130 Fairview Park Dr., Ste 800, Chesapeake, VA 23323 |
| 5391376 | | US Department of Education, 3130 Fairview Park Drive, Suite 800, Chesapeake, VA 23323 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/Text: edbknotices@ecmc.org | Jul 26 2024 18:40:00 | U.S. Department of Education, National Payment Center, P.O. Box 790336, St. Louis, MO 631790336 |
| 5615051 | ^ | MEBN | Jul 26 2024 18:36:15 | Merrick B. Garland, U.S. Department of Justice (DOE), 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

**Name**     **Email Address**

| | |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| John J Martin | on behalf of Trustee John J Martin jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Michael I. Assad | on behalf of Debtor 1 Maria Victoria Diri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Paul S Peters, III | on behalf of Debtor 1 Maria Victoria Diri ppeters@thepetersfirm.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Maria Victoria Diri,** | : | Case No. 5:21-bk-00329-MJC |
| | : | |
| Debtor. | : | |

**ORDER DIRECTING UNITED STATES DEPARTMENT OF EDUCATION
AND/OR COUNSEL FROM THE OFFICE OF THE U.S. ATTORNEY
TO APPEAR AND SHOW CAUSE AS TO DEBTOR'S OBJECTION
TO PROOF OF CLAIM NO. 7 FILED ON ITS BEHALF**

The Debtor filed an Objection to Claim No. 7 of Claimant U.S. Department of Education on May 24, 2024, Dkt. # 81 ("Objection"), having certified that service was effected on the Claimant, the U.S. Attorney General in Washington, D.C. and the local U.S. Attorney in Scranton, Pennsylvania;

**AND**, the Clerk issued a Notice of Hearing scheduling a hearing for July 25, 2024 at 10:00 a.m. relative to the Objection, serving the Claimant, the U.S. Attorney General in Washington, D.C. and the local U.S. Attorney in Scranton, Pennsylvania;

**AND**, there being no appearances on behalf of Claimant or the Office of the U.S. Attorney in response to the Notice of Hearing; it is hereby

**ORDERED,** that a representative of the Claimant and/or counsel from the Office of the U.S. Attorney shall **APPEAR** at a hearing scheduled for **Thursday, September 19, 2024 at 10:00 a.m.** to show cause as to whether or not there is a debt owed by the Debtor Maria Victoria Diri to the Department of Education; and

It is further **ORDERED that failure to appear for the hearing may result in a ruling sustaining Debtor's Objection without further notice or hearing.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 26, 2024