UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maria Victoria Diri, Debtor.

Case No. 21-00329-MJC
Chapter 7

## Substitution of Attorney

To the Clerk of Court:

Please withdraw the appearance of Michael I. Assad and substitute the appearance of Michael A. Cibik as attorney for the debtor in this case.

Date: August 6, 2024

By: Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Date: August 6, 2024

By: Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com