UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARIA VICTORIA DIRI,                         :        Chapter 7
                    Debtor(s)                :        Case No. 3:21-BK-0329-MJC
        v.                                   :
                                             :
MARIA VICTORIA DIRI,                         :
                    Plaintiff(s),            :
        v.                                   :
                                             :
U.S. DEPARTMENT OF                           :
EDUCATION,                                   :
                    Defendant(s).            :

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that pursuant to Federal Bankruptcy Rules 2002 and 9010, I hereby enter my appearance as Counsel of Record for United States Department of Education and United States of America, and request to be placed on the Court's electronic service list and to receive copies of all notices, pleadings and any other filings.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Ryann D. Loftus
RYANN D. LOFTUS
Assistant U.S. Attorney
Atty. I.D. #319379
P.O. Box 309
Scranton, PA 18501
Phone (570) 348-2800
Dated: August 8, 2024          E-Mail: ryann.loftus@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARIA VICTORIA DIRI,                  :        Chapter 7
                    Debtor(s)          :        Case No. 3:21-BK-00329-MJC
         v.                            :
                                       :
MARIA VICTORIA DIRI,                   :
                    Plaintiff(s),      :
         v.                            :
                                       :
U.S. DEPARTMENT OF                     :
EDUCATION,                             :
                    Defendant(s).      :

## CERTIFICATE OF SERVICE

I, Ryann D. Loftus, hereby certify that an Entry of Appearance and Request for Notice has been filed electronically on this 8th day of August, 2024, and is available for viewing and downloading from the Court's Electronic Case Filing System.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Ryann D. Loftus
RYANN D. LOFTUS
Assistant U.S. Attorney
Atty. I.D. #319379
P.O. Box 309
Scranton, PA 18501
Phone (570) 348-2800
Dated: August 8, 2024        E-Mail: ryann.loftus@usdoj.gov