UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5:21-bk-00329 |
| MARIA VICTORIA DIRI | : | Chapter 7 |
|     Debtor. | : | |
| | : | (Conway, J.) |
| | : | |

## ORDER

It is hereby **ORDERED** that the Joint Stipulation entered into between the Debtor and the Department of Education is **APPROVED**. **IT IS FURTHER ORDERED** that the Department of Education shall file an Amended Proof of Claim within 30 days of entry of this Order and any related motion within 14 days thereafter.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 19, 2024