UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5:21-bk-00329 |
| **MARIA VICTORIA DIRI** | : | Chapter 7 |
| Debtor. | : | |
| | : | (Conway, J.) |
| | : | |

# CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that on August 23, 2024, Undersigned counsel contacted counsel for the Debtor, CIBIK Law, P.C., more specifically, E.J. Gruber, Esquire, who concurred in the request.

/s/ Ryann D. Loftus
RYANN D. LOFTUS
Assistant United States Attorney