UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 5:21-bk-00329
MARIA VICTORIA DIRI : Chapter 7
    Debtor. :
: (Conway, J.)
:

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion for Payment of Unclaimed funds filed by the United States of America, Department of Education for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The Motion and supporting documentation establish that the Department of Education is entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $28,381.48 held in unclaimed funds be made payable to and be disbursed to the payee at the following address:

    U.S. Dept of Education/DMCS
    Maria Diri 1032604473
    P.O. Box 790336
    St. Louis, MO 6319-0336

The Clerk will disburse these funds not earlier than 14 days after entry of this order.