UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA VICTORIA DIRI, | : | Chapter 7 |
| Debtor(s) | : | Case No. 3:21-BK-00329-MJC |
| v. | : | |
| | : | |
| MARIA VICTORIA DIRI, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| U.S. DEPT OF EDUCATION | : | |
| Defendant(s). | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that pursuant to Federal Bankruptcy Rules 2002 and 9010, I hereby enter my appearance as Counsel of Record for United States Small Business Administration and United States of America, and request to be placed on the Court's electronic service list and to receive copies of all notices, pleadings and any other filings.

                    Respectfully submitted,

                    GERARD M. KARAM
                    United States Attorney

                    /s/ Suzanne P. Conaboy
                    SUZANNE P. CONABOY
                    Assistant U.S. Attorney
                    Atty. I.D. #314036
                    P.O. Box 309
                    Scranton, PA 18501
                    Phone (570) 348-2800

Dated: September 30, 2024    E-Mail: Suzanne.Scanlon@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA VICTORIA DIRI, | : | Chapter 7 |
| Debtor(s) | : | Case No. 3:21-BK-00329-MJC |
| v. | : | |
| | : | |
| MARIA VICTORIA DIRI, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| U.S. DEPT OF EDUCATION | : | |
| Defendant(s). | : | |

# CERTIFICATE OF SERVICE

I, Suzanne P. Conaboy, hereby certify that an Entry of Appearance and Request for Notice has been filed electronically on this 30th day of September, 2024, and is available for viewing and downloading from the Court's Electronic Case Filing System.

                                            Respectfully submitted,

                                            GERARD M. KARAM
                                            United States Attorney

                                            /s/ Suzanne P. Conaboy
                                            SUZANNE P. CONABOY
                                            Assistant U.S. Attorney
                                            Atty. I.D. #314036
                                            P.O. Box 309
                                            Scranton, PA 18501
                                            Phone (570) 348-2800

Dated: September 30, 2024         E-Mail: Suzanne.Scanlon@usdoj.gov