UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5:21-bk-00329 |
| MARIA VICTORIA DIRI | : | Chapter 7 |
| Debtor. | : | |
| | : | (Conway, J.) |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on September 27, 2024, she served copies of the attached:

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

By electronic mail to:

    E.J. Gruber, Esquire, attorney for debtor

    John J. Martin, Trustee

and by placing said copy in a postage paid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania.

Address:
    Maria Victoria Diri
    111 High Mountain Lane
    Tannersville, PA 18372

                              s/ Bethany Haase
                              BETHANY HAASE
                              Paralegal Specialist