UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARIA VICTORIA DIRI

Debtor.

Case No. 5:21-bk-00329-MJC
Chapter 7

### ORDER

Upon consideration of the Motion for Payment of Unclaimed funds filed by the United States of America, Department of Education for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. §347(a), with concurrence of Debtor, Dkt. # 97 ("Motion"), and the supporting documentation establishing that the Department of Education is entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. §2042, the sum of $28,381.48 held in unclaimed funds be made payable to and be disbursed to the payee at the following address:

U.S. Dept of Education/DMCS
Maria Diri 1032604473
P.O. Box 790336
St. Louis, MO 6319-0336

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 1, 2024