United States Bankruptcy Court

Middle District of Pennsylvania

In re:
                                                                    Case No. 21-00329-MJC

Maria Victoria Diri                                                 Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5654872 | Email/Text: EDBKNotices@ecmc.org | Oct 02 2024 18:36:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| John J Martin | on behalf of Trustee John J Martin jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Michael A. Cibik | on behalf of Debtor 1 Maria Victoria Diri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Paul S Peters, III | on behalf of Debtor 1 Maria Victoria Diri ppeters@thepetersfirm.com |
| Ryann D. Loftus | on behalf of Creditor U.S. Department of Education ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |

Suzanne P. Conaboy

on behalf of Creditor U.S. Department of Education Suzanne.Scanlon@usdoj.gov
bethany.a.haase@usdoj.gov;Ryann.Loftus@usdoj.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
                                                :
                                                :     **Case No. 5:21-bk-00329-MJC**
**MARIA VICTORIA DIRI**                          :     **Chapter 7**
                                                :
    **Debtor.**                                  :
                                                :

### ORDER

Upon consideration of the Motion for Payment of Unclaimed funds filed by the United States of America, Department of Education for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. §347(a), with concurrence of Debtor, Dkt. # 97 ("Motion"), and the supporting documentation establishing that the Department of Education is entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. §2042, the sum of $28,381.48 held in unclaimed funds be made payable to and be disbursed to the payee at the following address:

> U.S. Dept of Education/DMCS
> Maria Diri 1032604473
> P.O. Box 790336
> St. Louis, MO 6319-0336

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 1, 2024