IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MARIA VICTORIA DIRI | : | CASE NO.: 5:21-BK-00329-MJC |
| | : | |
| DEBTOR | : | |

## MOTION OF THE UNITED STATES TRUSTEE FOR STATUS CONFERENCE

NOW COMES the United States Trustee ("UST"), through undersigned counsel, and respectfully moves the Court to enter an order scheduling a telephonic or remote-video status conference in the above-captioned case, and in support thereof, states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, § 157(a) and (b)(1) and 1334(a) and (b). Venue of this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for this motion is 11 U.S.C. § 105. The United States Trustee has standing pursuant to 11 U.S.C. § 307 and 28 U.S.C. § 586.

2. On February 19, 2021, Debtor, Maria Victoria Diri, initiated the above-referenced case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Docket Entry Number[1] 1.

3. Debtor is represented by Michael A. Cibik.

4. John J. Martin was appointed as Chapter 7 Trustee.

5. The 341 Meeting of Creditors ("341 Hearing") was scheduled for and concluded on April 07, 2021. Doc. No. 6, 12.

---

[1] Hereinafter "Doc. No."

6. The Trustee entered a Report of No Distribution ("NDR") on April 07, 2021, but withdrew the NDR and declared the case to be an asset case on April 16, 2021. Doc. No. 12, 13, 14.

7. The Trustee filed his Trustee Final Account and certified that the estate had been fully administered on October 12, 2022. Doc. No. 62.

8. On October 19, 2022, the Debtor received her discharge and a final decree was issued. Doc. Nos. 63, 64.

9. On January 22, 2024, the debtor filed an application for payment of Unclaimed Funds in the amount of $28,381.48. Doc. No. 67.

10. On February 23, 2024, the Order denied the Petition for Unclaimed Funds. Doc. No. 72.

11. Debtor's Counsel filed a Motion to Reopen Chapter 7 case on May 3. 2024. Doc. No. 78. The Court granted the Motion to Reopen May 14, 2025. Doc. 79.

12. Between May and October 2024, there was significant activity in the case regarding the claim of the U.S. Department of Education and the distribution of the previously mentioned unclaimed funds. Doc. Nos. 81-99.

13. This activity ended when, on October 22, 2024, the Unclaimed Funds were disbursed to the U.S. Department of Education/DMCS. Doc. No. 100.

14. As of the current date, no further action has taken place in the case.

15. The UST would like an update as to what else needs to be done in this case and when the case can be closed.

16. The UST hereby requests this Honorable Court schedule a remote-status conference and require the attendance of the Debtor's counsel and counsel for the U.S. Department of Education.

WHEREFORE, the United States Trustee respectfully requests the Court issue an Order scheduling a remote status conference in this matter.

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE

D. Troy Sellars
Assistant United States Trustee

By: /s/ Joseph P. Schalk
Joseph P. Schalk, Esquire
PA ID 91656
Trial Attorney
Office of the United States Trustee
1510 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel. (717) 221-4533
Fax (717) 221-4554
Email: joseph.schalk@usdoj.gov

Dated: March 17, 2025