IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MARIA VICTORIA DIRI | : | CASE NO.: 5:21-BK-00329-MJC |
| | : | |
| DEBTOR | : | |

### ORDER

UPON CONSIDERATION of the Motion of the United States Trustee for Status Conference, and the record as a whole, it is hereby ORDERED:

1. The Motion is GRANTED;

The Court will conduct a status conference on _____, 2025 at _____ am/pm to determine the current posture of the case.