# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>                      *Debtor.* | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

**Debtor's Motion to Close Case**

WHEREAS, it appears that the unclaimed funds in the Court's registry in the above entitled matter have been disbursed and that the claim objection for which the case was reopened has been resolved,

NOW, THEREFORE, the debtor respectfully requests that the Court issue an order that this case be closed.

                                                  CIBIK LAW, P.C.
                                                  *Counsel for Debtor*

Dated: March 17, 2025                  By: /s/ Michael A. Cibik
                                                        Michael A. Cibik (#23110)
                                                         1500 Walnut Street, Suite 900
                                                         Philadelphia, PA 19102
                                                         215-735-1060
                                                         mail@cibiklaw.com