UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor*. | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

**O R D E R**

Upon consideration of the Motion to Close Case filed by Debtor Maria Victoria Diri, Dkt. # 102 ("Motion"), with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The case is **CLOSED**.