UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Wilkes-Barre Division

| | |
|---|---|
| Maria Victoria Diri,<br><br>*Debtor.* | Chapter 7<br>Case No. 5:21-bk-00329-MJC |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Close Case

CIBIK LAW, P.C.
*Counsel for Debtor*

Dated: March 17, 2025

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

# Mailing List Exhibit

| | |
|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | John C. Gurganus<br>U.S. Attorney's Office (DOE)<br>235 N. Washington Avenue, Suite 311<br>Scranton, PA 18503 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Pamela Jo Bondi<br>U.S. Department of Justice (DOE)<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

Andrews Federal CU
5711 Allentown Road
Suitland, MD 20746-4547

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

Enhanced Recovery Company
P.O. Box 57547
Jacksonville, FL 32241-7547

US Department of Education
3130 Fairview Park Drive
Suite 800
Chesapeake, VA 23323

Linda Marie McMahon
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202