UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

Maria Victoria Diri,

    Debtor.

Chapter 7
Case No. 5:21-bk-00329-MJC

**O R D E R**

Upon consideration of the Motion to Close Case filed by Debtor Maria Victoria Diri, Dkt. # 102 ("Motion"), with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The case is **CLOSED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 19, 2025