United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Maria Victoria Diri  
    Debtor

Case No. 21-00329-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 19, 2025      Form ID: pdf010      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Maria Victoria Diri, 111 High Mountain Lane, Tannersville, PA 18372-7858 |
| cr | | U.S. Department of Education, Office of the General Counsel, 400 Maryland Avenue SW., Washington, DC 2022 |
| 5615050 | + | Gerard M. Karam, U.S. Attorney's Office (DOE), 235 N. Washington Avenue, Suite 311, Scranton, PA 18503-1533 |
| 5429366 | | U S Dept of Education, 3130 Fairview Park Dr., Ste 800, Chesapeake, VA 23323 |
| 5391376 | | US Department of Education, 3130 Fairview Park Drive, Suite 800, Chesapeake, VA 23323 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5391370 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 18:58:17 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5414506 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 18:42:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5391371 | + | Email/Text: bankrupt@andrewsfcu.org | Mar 19 2025 18:41:00 | Andrews Federal CU, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 5391372 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 18:43:01 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5407101 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 18:42:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5391373 | + | Email/Text: bankruptcy@cavps.com | Mar 19 2025 18:42:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 5405402 | + | Email/Text: bankruptcy@cavps.com | Mar 19 2025 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5391374 | | Email/Text: mrdiscen@discover.com | Mar 19 2025 18:41:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 5404455 | | Email/Text: G06041@att.com | Mar 19 2025 18:42:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5405405 | + | Email/Text: mrdiscen@discover.com | Mar 19 2025 18:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5615051 | ^ | MEBN | Mar 19 2025 18:34:13 | Merrick B. Garland, U.S. Department of Justice (DOE), 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 5615049 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Mar 19 2025 18:34:28 | Miguel Cardona, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, D.C. 20202-0008 |
| 5644358 | + | Email/Text: edbknotices@ecmc.org | Mar 19 2025 18:41:00 | U.S. Department of Education, Office of the General Counsel, 400 Maryland Avenue SW., Washington, DC 20202-0001 |
| 5654872 | | Email/Text: EDBKNotices@ecmc.org | Mar 19 2025 18:41:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5391375 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| John J Martin | on behalf of Trustee John J Martin jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Michael A. Cibik | on behalf of Debtor 1 Maria Victoria Diri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Paul S Peters, III | on behalf of Debtor 1 Maria Victoria Diri ppeters@thepetersfirm.com |
| Ryann D. Loftus | on behalf of Creditor U.S. Department of Education ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| Suzanne P. Conaboy | on behalf of Creditor U.S. Department of Education Suzanne.Scanlon@usdoj.gov bethany.a.haase@usdoj.gov;Ryann.Loftus@usdoj.gov |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| Maria Victoria Diri, | Chapter 7 |
| Debtor. | Case No. 5:21-bk-00329-MJC |

**ORDER**

Upon consideration of the Motion to Close Case filed by Debtor Maria Victoria Diri, Dkt. # 102 ("Motion"), with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The case is **CLOSED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 19, 2025